# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH NEAL**, *et al.*,<br><br>            Plaintiffs,<br><br>     vs.<br><br>**NYK LINE**, *et al.*,<br><br>            Defendants. | Case No.: 13-CV-0507 YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

On August 30, 2013, at the initial case management conference in this matter, the Court set a further case management conference for December 9, 2013. The parties were therefore required to file an updated joint case management statement no later than December 2, 2013, pursuant to the undersigned's Standing Order in Civil Cases.[1] That date has passed and no updated joint case management statement has been filed.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to comply with the Court's Standing Order by timely filing an updated, joint case management statement. Further, the case management conference set for December 9, 2013 is hereby **CONTINUED** to the Court's 2:00 p.m. calendar on December 16, 2013, in the United States Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. The hearing on the instant Order to Show Cause shall be held concurrently with the December 16 case management conference.

By no later than **December 9, 2013**, the parties must file (1) a joint, updated case management statement which includes a statement that they have reviewed the undersigned's Standing Order with respect to their responsibilities; and (2) a written response to this Order to Show Cause why they

---

[1] Available at http://cand.uscourts.gov/ygrorders.

should not be sanctioned for their failure to timely file a joint case management statement. Failure to file either a joint case management statement or a written response to the Order to Show Cause will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Date: December 3, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**