BRODSKY MICKLOW BULL & WEISS LLP
Edward M. Bull III, State Bar No. 141996
Kurt Micklow, State Bar No. 113974
384 Embarcadero West, Suite 200
Oakland, California, 94607-3704
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

Attorneys for Plaintiffs
KENNETH NEAL, ANTHONY MANNING,
and TEDDY CARL FREIJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NEAL, ANTHONY LEON MANNING, and TEDDY CARL FREIJ,<br><br>Plaintiffs,<br><br>vs.<br><br>NYK LINE, SANDIGAN SHIP SERVICES, INC., in personam; M/V JUPITER LEADER, her engines, tackle, furniture, apparel, etc., in rem; DOES 1-10<br><br>Defendants. | CASE NO.: 3:13-cv-00507-YGR<br><br>**STIPULATION AND ORDER ENLARGING PLAINTIFFS' PAGE LIMIT FOR SEPARATE STATEMENT OF DISPUTED FACTS**<br><br>[Local Rule 7-11] |

## STIPULATION

Based on the request by Plaintiffs KENNETH NEAL, ANTHONY MANNING, and TEDDY CARL FREIJ ("Plaintiffs") to extend the page limit for their Separate Statement of Disputed Facts in Opposition to Defendant's Motion for Summary Judgment from five pages to fifteen pages, Defendant TOPAZ SEA CARRIERS PTE LTD. ("Defendant") has agreed

///

1

STIPULATION AND ORDER ENLARGING
PLAINTIFFS' PAGE LIMIT FOR SEPARATE
STATEMENT OF DISPUTED FACTS                          CASE NO.: 3:13-cv-00507-YGR

and hereby stipulates to such request. By stipulating to this request as an accommodation to counsel, Defendant does not admit that any facts are properly disputed, or otherwise admit or concede any matters relating to the merits of the motion or otherwise.

SO STIPULATED.

DATED: January 7, 2014          BRODSKY MICKLOW BULL & WEISS LLP

By: /s/ Edward M. Bull, III
    Edward M. Bull, III

Attorneys for Plaintiffs
KENNETH NEAL, ANTHONY MANNING,
and TEDDY CARL FREIJ

DATED: January 7, 2014          FLYNN, DELICH & WISE LLP

By: /s/ Conte C. Cicala
    Conte C. Cicala

Attorneys for Defendant
TOPAZ SEA CARRIERS PTE LTD

**ORDER**

IT IS SO ORDERED.

DATED: January 9, 2014

UNITED STATES DISTRICT JUDGE
YVONNE GONZALEZ ROGERS

STIPULATION AND ORDER ENLARGING
PLAINTIFFS' PAGE LIMIT FOR SEPARATE
STATEMENT OF DISPUTED FACTS                CASE NO.: 3:13-cv-00507-YGR

2