**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **KENNETH NEAL,** *et al.*, <br><br>    **Plaintiffs,** <br><br>    v. <br><br> **NYK LINE,** *et al.*, <br><br>    **Defendants.** | **Case No.: 13-CV-0507 YGR** <br><br> **ORDER VACATING HEARING** |

Now before the Court is the motion for summary judgment or, in the alternative, partial summary judgment, of Defendant Topaz Sea Carriers PTE Ltd. (Dkt. No. 32 ("Motion").) A hearing on the Motion is set for the Court's 2:00 p.m. calendar on **Tuesday, January 28, 2014**. However, the undersigned judge is presiding over a multi-week criminal trial also scheduled for that day. Accordingly, the Court **VACATES** the 2:00 p.m. hearing on the Motion. The Court shall reset the hearing at a later date.

**IT IS SO ORDERED**.

Date: January 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**