UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH NEAL**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**NYK LINE**, *et al.*,<br><br>    Defendants. | Case No.: 13-CV-0507 YGR<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE AND PROHIBITING FURTHER EXTENSIONS WITHOUT COURT ORDER** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court sets a further status conference in the above-captioned case for **1:00 p.m.** on **Tuesday, May 27, 2014**. The status conference shall be held by telephone. The parties shall make arrangements for telephonic appearance with Courtroom Deputy Frances Stone. The Court shall set a trial date at the May 27 status conference.

The parties are hereby **PROHIBITED** from further extending deadlines except by order of this Court.

**IT IS SO ORDERED**.

Date: April 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**