# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NEAL, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NYK LINE, *et al.*,<br><br>    Defendants. | Case No.: 13-cv-0507 YGR<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following revised motion hearing, pretrial and trial schedule, which supersedes any previous schedule in this case:

## REVISED PRETRIAL SCHEDULE

| | |
|---|---|
| HEARING ON MOTION FOR SUMMARY JUDGMENT (DKT. NO. 32): | Wednesday, June 25, 2014, 10:00 a.m. |
| NON-EXPERT DISCOVERY CUTOFF: | Monday, July 28, 2014 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: Monday, July 28, 2014<br>Rebuttal (as necessary): Monday, August 11, 2014 |
| EXPERT DISCOVERY CUTOFF: | Friday, August 29, 2014 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, October 3, 2014 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, October 10, 2014 |
| PRETRIAL CONFERENCE: | Friday, October 24, 2014 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 10, 2014 at 8:30 a.m. for 8 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. The compliance hearing on Friday, October 3, 2014 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Date: May 28, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**