United States District Court
Northern District of California

1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13
14
15
16

| KENNETH NEAL, *et al.*, | Case No.:  13-CV-0507 YGR |
|---|---|
| Plaintiffs, | ORDER VACATING DATES, SETTING COMPLIANCE HEARING, AND DENYING AS MOOT MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NYK LINE, *et al.*, | |
| Defendants. | |

17   **TO ALL PARTIES AND COUNSEL OF RECORD:**

18       The Court understands, based upon notice from the parties (Dkt. No. 58), that the above-

19   captioned case has settled in its entirety.  Accordingly, all pending motion, case management, and trial

20   dates are **VACATED**.  A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on

21   **Friday, September 12, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay

22   Street in Oakland, California.

23       At least five (5) business days prior to the date of the compliance hearing, the parties shall file

24   either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation

25   regarding the failure to comply.  If compliance is complete, the parties need not appear and the

26   compliance hearing will be taken off calendar.

27       Telephonic appearances will be allowed if the parties have submitted a joint statement in a

28   timely fashion.  Failure to do so may result in sanctions.

1    The Court **DENIES AS MOOT** the pending motion for summary judgment of defendant Topaz

2  Sea Carriers PTE LTD.  (Dkt. No. 32.)

3    This Order vacates all dates and terminates Dkt. No. 32.

4    **IT IS SO ORDERED**.

5

6  Date: July 7, 2014

7
    **YVONNE GONZALEZ ROGERS**
8    **UNITED STATES DISTRICT COURT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

Northern District of California